IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Secura Insurance *et al* | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No: 2:22-cv-00223-PPS-APR |
| | ) |
| In-Pact, Inc. *et al* | ) |
| | ) |
| Defendants | ) |

## MEDIATOR FINAL REPORT

Mediator Gerald M. Bishop advises the Court that the parties participated in a Mediation Session with the following result: SETTLEMENT

*/s/ Gerald M. Bishop*
GERALD M. BISHOP, ESQ.
Indiana Attorney Number: 2753-45
Gerald M. Bishop & Associates
2115 West Lincoln Highway
Merrillville, IN 46410
Phone:  (219) 738-2400
Fax:    (219) 738-2500
Email:  gmb@bishop-law.com
*Mediator*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, a true and correct copy of the above pleading or document was served upon all counsel and parties of record via U.S. Mail, in envelopes properly addressed with sufficient first-class postage affixed, and/or by electronic facsimile, e-mail, or the court's electronic case filing (ECF) system.

*/s/ Gerald M. Bishop*