# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| SECURA INSURANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 2:22-CV-223-PPS-JEM |
| vs. ) | |
| ) | |
| IN-PACT, INC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, Secura Insurance, and Defendants, In-Pact, Inc., and Lucas Stanford, Sr., and Rebecca Stanford, individually and as legal guardians of L.S., Jr., filed a Stipulation of Dismissal with Prejudice. [DE 32.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 32] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this case **WITH PREJUDICE**, costs paid. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: March 13, 2023.

　　　　　　　　　　　　　　　　 s/   Philip P. Simon
　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT